# LAW OFFICES OF EDWARD J. GROSSMAN
## 135 WEST MAIN STREET, SUITE 204
## SMITHTOWN, NY 11787

Edward J. Grossman *

 * Licensed in NY & NJ

Tel: 631-265-5864
Fax: 631-656-9833
www.ejgrossmanlaw.com
eglawoffice@optonline.net

March 25, 2011

Magistrate Judge Ramon E. Reyes, Jr.
Eastern District Court of New York
County of Brooklyn
225 Cadman Plaza
Brooklyn, New York 11201-1832

**Re: Cohen v. Sully**
**Docket No. 1:09-CV-03870-ARR-RER**

Dear Magistrate Judge Reyes:

    Approximately one year ago, I settled this action before you in open Court. Opposing counsel, however, has never returned any of the settlement documents I have sent him, thereby preventing my client, Mr. Cohen, from completing the refinance of his house.

    May we have a conference to discuss this, or can the Court issue an Order entitling me to execute the settlement documents on behalf of the defendants?

Respectfully Submitted,

Edward J. Grossman

cc: Michael Samuel, Esq.
    Abraham Cohen