# LAW OFFICES OF EDWARD J. GROSSMAN
## 135 WEST MAIN STREET, SUITE 204
## SMITHTOWN, NY 11787

Edward J. Grossman *

\* Licensed in NY & NJ

Tel: 631-265-5864
Fax: 631-656-9833
www.ejgrossmanlaw.com
eglawoffice@optonline.net

April 26, 2011

Magistrate Judge Ramon E. Reyes, Jr.
Eastern District Court of New York
County of Brooklyn
225 Cadman Plaza
Brooklyn, New York 11201-1832

Fax: 1-718-613-2125

**Re: Cohen v. Sully**
**Docket No. 1:09-CV-03870-ARR-RER**

Dear Magistrate Judge Reyes:

    Please be advised a conference is on the court's calendar today, April 27, 2011 @2:45 P.M. for the above captioned case.

    Please be further advised that we have been speaking to Mr. Samuels regarding the settlement; and at this time I am requesting a short adjournment, as I believe this case will be settled.

Respectfully Submitted,

Edward J. Grossman

cc: Michael Samuel, Esq.
    Abraham Cohen