UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————X

ABRAHAM COHEN

                                      Plaintiffs,

        -against-

DANIEL E. SULLY, ESQ., HOME HEATING OIL
CORP., THIRIFY HOME HEATING OIL,
"JOHN DOE" NUMBERS 1 THROUGH 10,

                                      Defendants.

————————————————————X

*CASE NO. 1:09 cv-03870-ARR-RER*

*STIPULATION OF SETTLEMENT*

*JUSTICE ASSIGNED:*
*Magistrate Judge Ramon E. Reyes, Jr.*

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above captioned matter has been settled and discontinued.

Dated: July 14, 2011

/s/ Edward J. Grossman
Edward J. Grossman, Esq.
Attorney for Plaintiffs
135 West Main Street
Smithtown, New York 11787
631-265-5864
631-265-5864
Eg1655

Michael Samuel
Samuel and Stein
Attorney for Defendants
38 West 32nd Street-Suite 1210
New York, New York 10001
212-563-9884