UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――X

ABRAHAM COHEN

                          Plaintiffs,

-against-

DANIEL E. SULLY, ESQ., HOME HEATING OIL
CORP., THIRIFY HOME HEATING OIL,
"JOHN DOE" NUMBERS 1 THROUGH 10,

                          Defendants.

―――――――――――――――――――――X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19 2011 ★
BROOKLYN OFFICE

CASE NO. 1:09 cv-03870-ARR-RER

STIPULATION OF SETTLEMENT

JUSTICE ASSIGNED:
*Magistrate Judge Ramon E. Reyes, Jr.*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above captioned matter has been settled and discontinued.

Dated: July 14, 2011

/s/ Edward J. Grossman
Edward J. Grossman, Esq.
Attorney for Plaintiffs
135 West Main Street
Smithtown, New York 11787
631-265-5864
631-265-5864
Eg1655

Michael Samuel
Samuel and Stein
Attorney for Defendants
38 West 32nd Street-Suite 1210
New York, New York 10001
212-563-9884

So ordered.
7/18/11
/s/(ARR), USDJ